

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 17 PM 12: 24

OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR-163 |
| ) | |
| vs. ) | INDICTMENT |
| ) | |
| VICTOR SMITH, ) | [18 U.S.C. § 1153 & 2244 (a)(1) & (c)] |
| Defendant. ) | |

**JUDGE STROM**
**MAGISTRATE JUDGE**
**THALKEN**

The Grand Jury Charges:

## COUNT I

On or about the 25th day of August, 2004, in the District of Nebraska within the confines of the Winnebago Indian Reservation, the defendant, VICTOR SMITH, an Indian, did knowingly engage in and cause sexual contact with another person, M.R., who was also an Indian and who was a minor child less than twelve years of age, by intentionally touching the breast (chest area), genitalia, inner thigh and buttocks of M.R. through her clothing with the intent to arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153 and 2244(a)(1)&(c).

## COUNT II

On or about the 25th day of August, 2004, in the District of Nebraska within the confines of the Winnebago Indian Reservation, the defendant, VICTOR SMITH, an Indian, did knowingly engage in and cause sexual contact with another person, R.G.., who was also an Indian and who was a minor child less than twelve years of age, by intentionally touching the breast (chest area),

8:06 CR 163

genitalia, inner thigh and buttocks of R.G.. through her clothing with the intent to arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153 and 2244(a)(1)&(c).

A TRUE BILL:

FOREPERSON

MICHAEL G. HEAVICAN
United States Attorney

The United States of America request that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

DOUGLAS R. SEMISCH
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
06 MAY 17 PM 12:24
OFFICE OF THE CLERK