IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR163 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to continue trial.  Subject to the filing of a written waiver of speedy trial, said motion will be granted.  Accordingly,

      IT IS ORDERED that trial is rescheduled for:

**Monday, September 25, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.  Because of health concerns of the defendant and the trial schedule of the Court, this is the first date available for trial.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 14, 2006, and September 25, 2006, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court