IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR163 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The Court has been advised that defendant wishes to enter a plea. Accordingly,

      IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, October 19, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached. Because of health concerns of the defendant and the schedule of the Court, this is the first date available for the plea. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 25, 2006, and October 19, 2006, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court