IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:06CR163
                               )
      v.                       )
                               )
VICTOR SMITH,                  )        ORDER
                               )
            Defendant.         )
_____)
```

At the request of defendant's counsel,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Tuesday, October 31, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.  Because of defendant's health concerns, counsel need additional time to finalize the plea agreement.  Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 19, 2006, and October 31, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court