IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )          8:06CR163
                             )
     v.                      )
                             )
VICTOR SMITH,                )            ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for extension of self-report date (Filing No. 31). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall report to the Federal Medical Center, Springfield, Missouri, on:

**Thursday, April 5, 2007, on or before 2 p.m.**

DATED this 26th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court